NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Ebert, et al. v. Holiday Inn, Fishkill, NY, et al.   Docket No.: 14-4435-cv

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Michael DiChiara

Firm: Krakower DiChiara LLC

Address: 77 Market St, Suite 2, Park Ridge, NJ 07656

Telephone: 201-746-0303     Fax: 347-765-1600

E-mail: md@kdlawllc.com

Appearance for: All Plaintiffs / Appellees
(party/designation)

Select One:

✔ Substitute counsel (replacing lead counsel: Todd Krakower / Krakower DiChiara LLC )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

CERTIFICATION

I certify that:

✔ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Michael DiChiara

Type or Print Name: Michael DiChiara